AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT E.D. N.Y:

★ JUL 5 2007 ★

_____Eastern_____ DISTRICT OF _____New York_____  P.M.

TIME A.M. _____

UNITED STATES OF AMERICA

V.

ROGER T. WILLIAMS

## JUDGMENT OF ACQUITTAL

CASE NUMBER: 06CR492(SLT)

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____/s/ SLT_____
Signature of Judge

SANDRA L. TOWNES, U.S.D.J.
Name and Title of Judge

JUNE 15, 2007
Date